IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE INFINITY Q CAPITAL MANAGEMENT, LLC | § § | No. 334, 2022 |
| | § | No. 335, 2022 |
| | § | No. 339, 2022 |
| | § | |
| | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| | § | |
| | § | C.A. No.:  N21C-07-158 CCLD |

Submitted: April  26, 2023
Decided:    May 2, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

This 2nd day of May, 2023, after careful consideration of the parties' briefs, the record on appeal, and the argument of counsel, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of its August 15, 2022 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice